**FILED: 12/19/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOFI OBENG-AMPONSAH,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>　　　　Defendants. | CASE NO. CV 10-10037-GHK (JCx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

　　　Based on our December 19, 2011 Orders, **IT IS HEREBY ADJUDGED** that all claims asserted against Defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), for itself and as successor by merger to Chase Home Finance LLC ("Chase"), erroneously sued as J.P. Morgan Chase; Mortgage Electronic Registration Systems, Inc. ("MERS"); U.S. Bank National Association, Trustee for Lehman Brothers Structured Asset Investment Loan Trust Sail 2005-5 ("U.S. Bank Trustee"); Merscorp, Inc. ("Merscorp"); MERS Shareholders and Shareholders of MERS (collectively, "MERS Shareholders"); U.S. Bank National Association ("U.S. Bank"); and First American Trustee Services

1  Solutions, LLC, formerly known as First American Loanstar Trustee Services, LLC
2  ("First American Trustee") are **DISMISSED with prejudice**.
3      Pursuant to Fed. R. Civ. P. 54(b), we expressly determine that there is no just
4  reason for delay, and we therefore direct entry of this judgment.

6      **IT IS SO ORDERED**.

8      DATED: December 19, 2011

                                                      _____
                                                          GEORGE H. KING
                                                      United States District Judge