FILED: 1/13/12

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOFI OBENG-AMPONSAH,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>    Defendants. | CASE NO. CV 10-10037-GHK (JCx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

    Based on our January 13, 2012 Order, **IT IS HEREBY ADJUDGED** that all claims asserted against Defendant First American Title Insurance Company are **DISMISSED with prejudice**.

    Pursuant to Fed. R. Civ. P. 54(b), we expressly determine that there is no just reason for delay, and we therefore direct entry of this judgment.

**IT IS SO ORDERED**.

    DATED: January 13, 2011

_____
GEORGE H. KING
United States District Judge