**FILED: 2/8/12**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOFI OBENG-AMPONSAH,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>    Defendants. | CASE NO. CV 10-10037-GHK (JCx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

    Based on our February 8, 2012 Order, **IT IS HEREBY ADJUDGED** that all claims asserted against Defendant Home Loan Advisors are **DISMISSED**.

    Pursuant to Fed. R. Civ. P. 54(b), we expressly determine that there is no just reason for delay, and we therefore direct entry of this judgment.

**IT IS SO ORDERED**.

DATED: February 8, 2012

_____
GEORGE H. KING
United States District Judge